**LAW OFFICE OF DANIEL G. SHAY**
Daniel G. Shay, Esq.
California Bar No. 250548
Law Office of Daniel G. Shay
409 Camino Del Rio South, Ste 101B
San Diego, CA  92108
Phone: 619-222-7429
Fax: 866-431-3292
danielshay@tcpafdcpa.com

**GREENWALD DAVIDSON RADBIL PLLC**
Jesse S. Johnson (*pro hac vice*)
Florida Bar No. 0069154
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: 561-826-5477
Fax: 561-961-5684
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN CHAVEZ, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>DeVILLE ASSET MANAGEMENT, LTD.,<br><br>　　　　Defendant. | Case No. 3:18-cv-02163-MMA-WVG<br><br>NOTICE OF DISMISSAL |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Adrian Chavez dismisses his claims against DeVille Asset Management, Ltd.

Dated:  December 13, 2018        GREENWALD DAVIDSON RADBIL PLLC

By: s/ Jesse S. Johnson
Jesse S. Johnson
jjohnson@gdrlawfirm.com
5550 Glades Road, Suite 500
Boca Raton, FL  33431

LAW OFFICE OF DANIEL G. SHAY
Daniel G. Shay, Esq.
danielshay@tcpafdcpa.com
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108

*Counsel for Plaintiff and the proposed class*

Notice of Dismissal

2