# PROOF OF SERVICE

I work in the City of Boca Raton and County of Palm Beach, State of Florida. I am over the age of eighteen and not a party to the within action. My business address is 5550 Glades Road, Suite 500, Boca Raton, Florida 33431.

On **December 13, 2018**, I electronically filed with the Court and served through its CM/ECF program, which will electronically mail notice to all attorneys of record, through the same program, the following document(s):

NOTICE OF DISMISSAL

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 13, 2018** in Boca Raton, Florida.

|  |  |
|---|---|
| Jesse S. Johnson | s/ Jesse S. Johnson |
| (Type or print name) | Jesse S. Johnson |
|  | jjohnson@gdrlawfirm.com |

Proof of Service